IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MBM CORPORATION, <br><br> Defendant. | CASE NO. C12-3069-LTS <br><br> JUDGMENT IN A CIVIL CASE |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED,

Judgment is entered in accordance with the attached Consent Decree

Dated: This 24th Day of June, 2013

Robert L Phelps
Clerk

*Suzanne Carlson*
(By) Deputy Clerk

APPROVED BY:

Magistrate Judge Leonard T Strand
United States District Court
Northern District of Iowa